JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TYSHON JACKSON | CASE NUMBER: |
|---|---|
| | EDCV20-01372-JGB(SHKx) |
| PLAINTIFF | |
| v. | |
| CITY OF FONTANA, LOUIS ORTIZ, RAQUEL SERRANO, AND DOES 1 through 10, inclusive | JUDGMENT |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on July 26, 2022 as docket number 47 (the "Offer of Judgment"), judgment is hereby entered for

Plaintiff Tyshon Jackson

and against

Defendants City of Fontana and Louis Ortiz

according to the terms set forth in the Offer of Judgment.

Date: August 26, 2022

By: Jesus G. Bernal
United States District Judge

CV-140 (02/21)          JUDGMENT